[Nos. 20224-7-II; 20310-3-II.   Division Two.   December 19, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. JUAN
GOMEZ-ORTIZ, *Appellant*.

THE STATE OF WASHINGTON, *Respondent*, v. JESUS
DIAZ-FRULES, *Appellant*.

Appeals from judgments of the Superior Court for Pierce
County, Nos. 95-1-04194-1 and 95-1-04196-7, Nile E.
Aubrey, J., entered December 20, 1995 and January 3,
1996. *Affirmed* by unpublished opinion per Hunt, J.,
concurred in by Houghton, C.J., and Seinfeld, J.

[No. 20258-1-II.   Division Two.   December 19, 1997.]

THE STATE OF WASHINGTON, *Appellant*, v. DEMETRIUS
DWAYNE FOLEY, *Respondent*.

Appeal from a judgment of the Superior Court for Pierce
County, No. 95-1-03576-2, Donald H. Thompson, J., entered
December 13, 1995. *Affirmed* by unpublished opinion per
Seinfeld, J., concurred in by Houghton, C.J., and Morgan,
J.

[No. 20825-3-II.   Division Two.   December 19, 1997.]

KEITH DAHL, *Appellant*, v. BRUNSTAD LOGGING, INC.,
ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Grays
Harbor County, No. 94-2-01484-2, David E. Foscue, J.,
entered May 13, 1996. *Affirmed* by unpublished opinion
per Armstrong, J., concurred in by Houghton, C.J., and
Morgan, J.